CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER J. GREEN, | ) |
| Petitioner, | ) Civil Action No. 7:11CV00146 |
| v. | ) **FINAL ORDER** |
| DIRECTOR, VIRGINIA DEPT. OF CORRECTIONS, | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| Respondent. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED**;

2. A certificate of appealability is **DENIED**; and

3. The petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 19th day of July, 2011.

/s/ Glen E. Conrad
Chief United States District Judge